UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        No. 3:13-00073
                                )        JUDGE CAMPBELL
DONTAE THOMAS                   )

## ORDER

Pending before the Court is the Defendant's Motion To Extend Time For Filing Pretrial Motions (Docket No. 16).  Through the Motion, the Defendant requests an extension of time, until July 15, 2013, in which to file pretrial motions.  The Motion is GRANTED.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE